In the Matter of COUNTY OF JEFFERSON, Respondent-Appellant, v NIRAV R. SHAH, as Commissioner of the New York State Department of Health, et al., Appellants-Respondents. (Appeal No. 2.) [3 NYS3d 670]—Appeal and cross appeal from a judgment (denominated order and judgment) of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered February 27, 2014 in a CPLR article 78 proceeding and declaratory judgment action. The judgment, among other things, annulled the determination of respondents-defendants and directed respondents-defendants to allow petitioner-plaintiff's claims for reimbursement.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by denying the petition-complaint in its entirety, and by granting judgment in favor of respondents-defendants as follows:

It is adjudged and declared that section 61 of part D of section 1 of chapter 56 of the Laws of 2012 has not been shown to be unconstitutional, and as modified the judgment is affirmed without costs.

Same memorandum as in *Matter of County of Chautauqua v Shah* (126 AD3d 1317 [2015]). Present—Smith, J.P., Carni, Lindley and Valentino, JJ.